UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>GIBSON, et al.,<br><br>    Defendants. | CASE NO. 1:21-cv-01175-AWI-BAM (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM**<br><br>(Doc. No. 15) |

    Plaintiff Steven Deon Turner, Jr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On September 8, 2021, the assigned magistrate judge screened the first-amended complaint and recommended that this action be dismissed based on Plaintiff's failure to state a cognizable claim upon which relief may be granted. Doc. No. 15. Plaintiff was directed to file any objections within fourteen days. Id. That deadline has passed, and Plaintiff has not filed objections to the pending findings and recommendations or otherwise communicated with the Court regarding this action.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 8, 2021 (Doc. No. 15), are ADOPTED in full;
2. This action is DISMISSED, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: October 18, 2021

SENIOR DISTRICT JUDGE